Entered on Docket
September 29, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed September 28, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Joseph Garibyan, Esquire #271833
Bonni S. Mantovani, Esquire #106353
Laleh Ensafi, Esquire #268917
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
Attorneys for Secured Creditor
U.S. Bank National Association, successor in interest to
the FDIC as receiver for Downey Savings
and Loan Association, FA
F.040-2572

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CAROLE DePUYDT MEIER aka<br>CAROL LEE DePUYDT MEIER,<br>CAROLE D. MEIER fdba<br>CRYSTAL VISIONS,<br><br>        Debtor.<br>_____/ | Bk. No. 11-42880<br><br><br>R.S. No. LSR-69<br><br>Chapter 13<br><br>ORDER SUSTAINING OBJECTION<br>TO CHAPTER 13 PLAN AND<br>CONFIRMATION THEREOF<br><br>Hearing -<br>Date : September 20, 2011<br>Time : 1:30 p.m.<br>Place : U.S. Bankruptcy Court<br>       1300 Clay Street, 2nd Floor<br>       Oakland, California<br>       Courtroom 201 |

        The Objections of Proposed Chapter 13 Plan and Confirmation Thereof of U.S. Bank National Association, successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on

| | |
|---|---|
| 1 | September 20, 2011 at 1:30 p.m., before the Honorable Roger L. Efremsky.  Appearances are as |
| 2 | set forth in the Court's docket. |
| 3 | The Court after reviewing the pleadings and records, and after determining |
| 4 | that GOOD CAUSE exists, makes the following Order: |
| 5 | 1.     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Secured |
| 6 | Creditor's Objections to Proposed Chapter 13 Plan and Confirmation Thereof were sustained on |
| 7 | September 20, 2011. |
| 8 | |
| 9 | ** END OF ORDER** |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Carole DePuydt Meier |
| | 61 Rudgear Drive |
| 3 | Walnut Creek, CA 94596 |
| | Debtor |
| 4 | |
| 5 | Allison J. Wood, Esquire |
| | Law Offices of Eason and Tambornini |
| 6 | 1300 Clay Street, #600 |
| | Oakland, CA 94612 |
| 7 | Attorney for Debtor |
| 8 | |
| | Martha G. Bronitsky |
| 9 | Post Office Box 5004 |
| | Hayward, CA 94540 |
| 10 | Chapter 13 Trustee |
| 11 | |
| | U.S. Trustee |
| 12 | 1301 Clay Street, Room 690N |
| | Oakland, CA 94612-5202 |
| 13 | |
| | Prober & Raphael, A Law Corporation |
| 14 | 20750 Ventura Boulevard, Suite 100 |
| | Woodland Hills, California 91364 |
| 15 | |